449 F.2d 351
 Morton FRANK and Charlotte Frank, Plaintiffs-Appellants,
v.
Jacquelyn WILMATH, as Executrix of the Estate of Robert J. Wilmath, Deceased, Defendant-Appellee.
 No. 71-1593 Summary Calendar.*
 United States Court of Appeals, Fifth Circuit.
 October 13, 1971.
 
 Appeal from United States District Court, Southern District of Florida; Joe Eaton, District Judge.
 Julius I. Friedman, Town of Bay Harbor Islands, Dade County, Fla., for plaintiffs-appellants.
 Eugene P. Spellman, Miami, Fla., for defendant-appellee.
 Before JOHN R. BROWN, Chief Judge, INGRAHAM and RONEY, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 Notes:
 
 
 *
 Rule 18, 5th Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir. 1970, 431 F.2d 409, Part I
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5th Cir. 1970, 430 F.2d 966